# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>AVERY QUINN SCOPE CRAFTS and MARIO CHACON<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   2:25-mj-05059-DUTY |

FILED
CLERK, U.S. DISTRICT COURT
8/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___clee___ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 15, 2025__ in the county of __Los Angeles__ in the __Central__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Damage to Government Property (SCOPE CRAFTS) |
| 18 U.S.C. § 111(a) | Assault on a Federal Officer (CHACON) |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/s/
Complainant's signature

John M. Woodruff, Special Agent, FPS
Printed name and title

Sworn to before me and signed in my presence.

Date: __August 17, 2025__

*Steve Kim*
Judge's signature

City and state:  Los Angeles, California

Steve Kim, United States Magistrate Judge
Printed name and title

AUSA: Nicholas Purcell, x3752

**AFFIDAVIT**

I, John M. Woodruff, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been a Special Agent since March 2020. As an FPS SA, my official duties are to investigate crimes against the United States that originate on or have a nexus to United States government properties or employees, including damage to government property. In addition to my duties with FPS, I serve as a Task Force Officer with the Federal Bureau of Investigation Joint Terrorism Task Force Pacific. Prior to joining FPS, from October 2006 to March 2020, I was an SA with the U.S. Secret Service, where I was assigned to the Honolulu Field Office, the Dignitary Protection Division, and the Presidential Protective Division in Washington, DC. Throughout my career, I have conducted and participated in numerous criminal investigations involving threats to U.S. Secret Service protected persons, bank fraud, wire fraud, aggravated identity theft, counterfeiting of U.S. currency and checks, theft, damage to government property, assaults, and international and domestic terrorism. I have also been responsible for the planning and execution of search and arrest warrants. My criminal investigation training includes but is not limited to graduation from the Federal Law Enforcement Training Center Criminal Investigator Training Course in January 2007, the U.S. Secret Service Special Agent

Training Course in June 2007, and the FPS Special Agent Training Course in December 2021.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and arrest warrants for, AVERY QUINN SCOPE CRAFTS ("SCOPE CRAFTS") for a violation of 18 U.S.C. § 1361 (Damage to Government Property); and MARIO CHACON ("CHACON") for a violation of 18 U.S.C. § 111(a) (Assault on a Federal Officer).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrants does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## III. STATEMENT OF PROBABLE CAUSE

4. Based on my review of video surveillance footage and photographs, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A.     Protest in Downtown Los Angeles

5.     On the evening of August 15, 2025, a group of protesters gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse ("Roybal") located at 255 East Temple Street, Los Angeles, CA 90012.  This group of individuals appeared to be gathering to protest recent federal immigration enforcement operations.  Previous protesters have repeatedly attempted to block vehicles departing Roybal, striking their vehicles with their hands and other objects, blinding the drivers of these vehicles with flashlights, and verbally taunting the drivers with obscenities using megaphones.  As a result, the Army National Guard, Customs and Border Protection Special Response Team, and FPS Officers were assigned to protect Roybal.

### B.     SCOPE CRAFTS Damages Government Property

6.     At approximately 10:20 p.m. on August 15, 2025, a convoy of six vans containing Army National Guard members departed Roybal.  At that time, a tall male with dark hair, wearing a long sleeve dark-colored top, dark-colored pants, and light-colored sneakers, later identified as SCOPE CRAFTS by the North Carolina Driver's License in his possession, stood in the middle of the vehicle exit gate, until federal officers moved him to the sidewalk to allow the National Guard vans to depart through the gate.  As the vehicles departed, SCOPE CRAFTS followed the vehicles, yelling at the drivers and moving his arms menacingly.

7. The National Guard soldier sitting in the front right seat of the second van in the convoy ("Van 2") then saw SCOPE CRAFTS strike both the first van in the convoy ("Van 1") and Van 2 with what the soldier believed to be a flashlight. The National Guard soldier driving the third van in the convoy ("Van 3") also saw SCOPE CRAFTS striking Van 1 and Van 2 with a flashlight or similar-sized item. As Van 3 passed SCOPE CRAFTS, SCOPE CRAFTS attempted to strike the windshield of Van 3, causing Van 3 to swerve away from SCOPE CRAFTS to avoid the strike. This resulted in SCOPE CRAFTS instead striking the driver's side side-view mirror of Van 3, breaking the plastic cover of the turn signal on the mirror.

8. I reviewed photographs of the damage to the National Guard vehicles. As the result of SCOPE CRAFTS' strikes, three of the six vans sustained damage, including the broken cover of the turn signal, a cracked window, and multiple dents and scratches.

9. SCOPE CRAFTS was subsequently arrested by the officers outside of Roybal. At the time of SCOPE CRAFTS' arrest, officers found a tactical style handheld flashlight with a strike bezel on both ends of the flashlight with his belongings. The strike bezel on both sides had scratch marks and missing paint consistent with hard contact to a hard surface. The flashlight also had a strobe function. The damage to the vehicles appeared to match the strike bezel of this flashlight.

10. All FPS and National Guard personnel interviewed stated that no other individuals were observed that night

attempting to damage vehicles.  Instead, other individuals harassed departing vehicles, including by tapping or knocking on the vehicles or vehicle windows.  However, they did not strike the vans with enough force to cause the damage caused by SCOPE CRAFTS.

    **C.**    **CHACON Assaults Federal Officer**

11.  As officers were arresting SCOPE CRAFTS, CHACON was riding a scooter northbound on Alameda Street outside Roybal. After seeing the officers, CHACON made a U-turn, and, driving against traffic, stopped in the middle of Alameda Street. CHACON then pulled a water bottle from his pocket and threw it in the direction of the officers.  At the time, CHACON was wearing a long sleeve dark-colored top with white writing across the chest area, dark-colored pants, and light-colored sneakers. He was riding a dark-colored scooter with light-colored stickers on the stem, and a light-colored strip on or under the deck. After throwing the bottle, CHACON immediately fled on his scooter.  I reviewed video footage that captured these events.

12.  The water bottle thrown by CHACON struck FPS Officer Z.C. on the head and helmet area.  On August 16, 2025, I interviewed Officer Z.C.  Officer Z.C. stated that after he was struck by the water bottle, he reviewed video footage to identify the thrower, who was clearly visible and known to many of the on-duty officers at that location.  CHACON was well known to the FPS officers at Roybal due to his frequent movements on the scooter during the protest and his use of a high-powered strobe flashlight.

13.   After Officer Z.C. identified the person who threw the water bottle on the video footage, an arrest team was formed and deployed.  Shortly after, the team located CHACON and arrested him.  At the time of his arrest, CHACON was wearing a black colored hoodie with white writing across the chest, which matched the video footage of the person who threw the water bottle.  He also had a black scooter that matched the video footage from the incident.  The officers identified CHACON by the California Identification Card they found in his pocket at the time of the arrest.

## IV.   CONCLUSION

14.   For all the reasons described above, there is probable cause to believe that SCOPE CRAFTS violated 18 U.S.C. § 1361 (Damage to Government Property); and that CHACON violated 18 U.S.C. § 111(a) (Assault on a Federal Officer).

/s/
John M. Woodruff, Special Agent
Federal Protective Service

Subscribed to and sworn before me
this 17th day of August, 2025.

*Steve Kim*
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE