Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2025 AUG 18 AM 11:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: mmc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA PLAINTIFF

V.

AVERY QUINN SCOPE CRAFTS DEFENDANT

USMS# ________________

CASE NUMBER: 2:25-MJ-05059-DUTY-1

## REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/15/25 at 11:57 ☐ AM ☒ PM
   or
   The defendant was arrested in the ________ District of ________ on ________ at ________ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No 350 W. 1st St., LA (USMS)

4. Charges under which defendant has been booked:

   18 USC 1361 Damage to Government Property

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: ________________

7. Year of Birth: 1998

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ________________ Phone Number: ________________

9. Name of Pretrial Services Officer notified: Mayra Meza

10. Remarks (if any): ________________

11. Name: SA John Woodruff (please print)

12. Office Phone Number: 808-798-8037

13. Agency: DHS / FPS

14. Signature: JOHN M WOODRUFF JR Digitally signed by JOHN M WOODRUFF JR Date: 2025.08.18 06:57:59 -07'00'

15. Date: 08/18/2025