1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2                              (Bar No.       )
   (E-Mail:               )
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 UNITED STATES OF AMERICA,        Case No. 2:25-MJ-05059-DUTY

13        Plaintiff,                 **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS**

14        v.

15 Avery Quim Scopes Crafts,

16        Defendant.

17

18   I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to
19 remain silent and to have counsel present at any and all of my interactions with the
20 government or others acting on the government's behalf. I do not wish to, and will not,
21 waive any of my constitutional rights except in the presence of counsel. I do not want
22 the government or others acting on the government's behalf to question me, or contact
23 me seeking waiver of any rights, unless my counsel is present.

24  _____        _____
25  (Defendant's signature)              Belt Roughter
                                         (Attorney's name printed)
26
27  Date: 8/18/25   Time: 2:06           Belt Roughter
                                         _____
28                                       (Attorney's name printed)